**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The Pad Silverthorne, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4258070** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **491 Rainbow Drive** <br> **Silverthorne, CO 80498-7000** <br> Number, Street, City, State & ZIP Code | **PO Box 402, PMB 608** <br> **Dillon, CO 80435** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Summit** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **https://thepadlife.com/silverthorne/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **The Pad Silverthorne, LLC**                                           Case number (*if known*) _____
　　　　　Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　　　**1199**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|　| District _____ | When _____ | Case number _____ |
|---|---|---|---|
|　| District _____ | When _____ | Case number _____ |

Debtor   **The Pad Silverthorne, LLC**
_____   Case number (*if known*) _____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **The Pad Silverthorne, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **The Pad Silverthorne, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  4, 2023**
                        MM / DD / YYYY

**X /s/ Robert Baer**                                    **Robert Baer**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X /s/ Jonathan M. Dickey**                    Date   **October  4, 2023**
Signature of attorney for debtor                           MM / DD / YYYY

**Jonathan M. Dickey**
Printed name

**Kutner Brinen Dickey Riley PC**
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**          Email address   **jmd@kutnerlaw.com**

**46981 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **The Pad Silverthorne, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October  4, 2023**          *X* **/s/ Robert Baer**
_____          _____
                                 Signature of individual signing on behalf of debtor

                                 **Robert Baer**
                                 _____
                                 Printed name

                                 **Manager**
                                 _____
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **The Pad Silverthorne, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................  $    20,250,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................  $    835,885.30

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................  $    21,085,885.30

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $    15,498,646.85

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $    99,485.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$    1,054,015.86

4.  **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b                                                                       $    16,652,147.71

**Fill in this information to identify the case:**

Debtor name    **The Pad Silverthorne, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Alpine Bank - Payroll** | **Checking** | **3144** | **$9,957.85** |
| 3.2. | **Alpine Bank - Operating Account** | **Checking** | **3185** | **$49,053.29** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$59,011.14**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Deposits with Third Parties** | **$1,313.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **The Pad Silverthorne, LLC**                      Case number *(If known)* _____
       <u>Name</u>

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$1,313.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

      11a. 90 days old or less:     **17,930.53**   -     **0.00**  = ....    **$17,930.53**
                          face amount               doubtful or uncollectible accounts

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$17,930.53** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |
| 15.1. | **Interest in A-Bar CO, LLC** | **100** % | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

| | | |
|---|---|---|
| 17. | **Total of Part 4.** | **$0.00** |
| | Add lines 14 through 16.  Copy the total to line 83. | |

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

Debtor   **The Pad Silverthorne, LLC**
_____   Case number *(If known)* _____
Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached depreciation schedule | $406,410.00 | Replacement | $623,182.00 |
| Elevator | $123,000.00 | Replacement | $123,000.00 |

**51.   Total of Part 8.**          $746,182.00

Add lines 47 through 50.  Copy the total to line 87.

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **The Pad Silverthorne, LLC**                                    Case number *(If known)* _____
         Name

| 55.1. | **Improved Real Property Located at 491 Rainbow Drive, Silverthorne, CO 80498** | Fee Simple | Unknown | Appraisal | $20,250,000.00 |
|---|---|---|---|---|---|

56.  **Total of Part 9.**                                                          | $20,250,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Licenses and Permits Including: Sales Tax Exemption Businesss License ASCAP License** | Unknown | | $1,095.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.  **Total of Part 10.**                                                          | $1,095.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
☑ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **The Pad Silverthorne, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

71.  **Notes receivable**
Description (include name of obligor)

| **Due From The Pad Costa Rica** | **10,353.63** - | **0.00** = | **$10,353.63** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| **$10,353.63** |
|---|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **The Pad Silverthorne, LLC**                                    Case number *(If known)* _____
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $59,011.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,313.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,930.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $746,182.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $20,250,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,095.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,353.63 | |
| 91. **Total.** Add lines 80 through 90 for each column | $835,885.30 | + 91b. $20,250,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,085,885.30 |

**Fill in this information to identify the case:**

Debtor name  **The Pad Silverthorne, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                              12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **BRMK Lending, LLC** | | $12,280,000.00 | $20,250,000.00 |
|---|---|---|---|---|

Creditor's Name

**1420 Fifth Ave., Suite 2000
Seattle, WA 98101**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BRMK Lending, LLC
2. Lever Capital Funding, LLC
3. Himmelman Construction, Inc.**

**Describe debtor's property that is subject to a lien**
**Improved Real Property Located at 491 Rainbow Drive, Silverthorne, CO 80498**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Himmelman Construction, Inc.** | | $618,646.85 | $20,250,000.00 |
|---|---|---|---|---|

Creditor's Name

**12560 W. Cedar Dr.
Denver, CO 80228**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Improved Real Property Located at 491 Rainbow Drive, Silverthorne, CO 80498**

**Describe the lien**
**Mechanics Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Debtor   **The Pad Silverthorne, LLC**
Name

Case number (if known) _____

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| 2.3 | **Lever Capital Funding, LLC** | Describe debtor's property that is subject to a lien | $2,600,000.00 | $20,250,000.00 |
|---|---|---|---|---|

Creditor's Name

**Improved Real Property Located at 491 Rainbow Drive, Silverthorne, CO 80498**

**1919 14th Street, STE 700
Boulder, CO 80302**

Creditor's mailing address

Describe the lien
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$15,498,646.85**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BRMK Lending, LLC<br>c/o Peter Murphy, Esq.<br>Markus Williams Young & Hunsiker, LLC<br>1775 Sherman St., STE 1950<br>Denver, CO 80203** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name __**The Pad Silverthorne, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1881 Pierce Street**<br>**Attn: Bankruptcy Dept., RM 104**<br>**Lakewood, CO 80215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$99,485.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **The Pad Silverthorne, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Acierno & Company, LLC**
**436 Lincoln Street**
**Denver, CO 80203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractor - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allman Drywall, Inc.**
**87 Audrey Circle**
**Breckenridge, CO 80424**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractor - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,703.00 |
|---|---|---|---|

**American Express**
**P.O. Box 640448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Ashley Parrish**
**8910 N. May Ave.**
**Oklahoma City, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,183.00 |
|---|---|---|---|

**Colorado Mechanical Systems, LLC**
**7094 S. Revere Pkwy, #100**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Concrete Floor Systems, LLC**
**9231 S. Roadrunner Street**
**Littleton, CO 80129**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractor - Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

**Kevin Bowen**
**358 Blue River Pkwy, Unit E-110**
**Silverthorne, CO 80498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid Severance Payments**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Pad Silverthorne, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,267.00** |
|---|---|---|---|
| | Liberty Mutual<br>175 Berkeley Street<br>Boston, MA 02116 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insurance** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,088.67** |
|---|---|---|---|
| | Miller & Law, P.C.<br>1900 West Littleton Blvd.<br>Littleton, CO 80120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Attorney Fees** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | MV Power Solutions, LLC<br>1500 W. Hampden Ave., Suite 2B<br>Englewood, CO 80110 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Subcontractor - Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | Orr Concrete<br>259 Continental Court, Unit 201<br>Breckenridge, CO 80424 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Subcontractor - Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,774.19** |
|---|---|---|---|
| | Schindler Elevator Corporation<br>6950 W JEFFERSON AVE STE 210<br>LAKEWOOD, CO 80235-2334 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | Stan Miller<br>13541 Highway 9<br>Breckenridge, CO 80424 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Subcontractor - Notice Purposes Only** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | Stephanie Strauss<br>PO Box 251<br>Silverthorne, CO 80498 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **The Pad Silverthorne, LLC**                              Case number (if known) _____
         _____
         Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475,000.00 |
|---|---|---|---|

**Steve Caragol**
**PO Box 772428**
**Steamboat Springs, CO 80477**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steve R. Burt d/b/a SRB Acoustics**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Subcontractor - Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,000.00 |
|---|---|---|---|

**Tracy Naggy**
**PO Box 405**
**Silverthorne, CO 80498**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Colorado Mechanical Systems, LLC**<br>**c/o Jeffrey Ruebel**<br>**Ruebell & Quillen, LLC**<br>**8461 Turnpike Dr. STE 206**<br>**Westminster, CO 80031** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Office of the Attorney General**<br>**State of Colorado**<br>**1300 Broadway, 8th Floor**<br>**Denver, CO 80203** | Line **2.1**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Office of the US Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street**<br>**Suite 700**<br>**Denver, CO 80202-2628** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **The Pad Silverthorne, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **State of Colorado**<br>**Division of Securities**<br>**1560 Broadway, Suite 900**<br>**Denver, CO 80202-5150** | Line  **2.1**<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **99,485.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,054,015.86** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,153,500.86** |

| Fill in this information to identify the case: |
| --- |

Debtor name __**The Pad Silverthorne, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |

Debtor name       **The Pad Silverthorne, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **The Pad Silverthorne, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,862,536.96** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,060,668.48** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$380,319.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   **The Pad Silverthorne, LLC**                                           Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Brmk Lending, LLC v. The Pad Silverthorne, LLC**<br>**2023CV030113** | **Receivership/Breach of Promissory Note** | **Summit County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Kevin Bowen v. The Pad Silverthorne, LLC, Lynne Baer, Robert Baer**<br>**2023CV030109** | **Breach of Contract** | **Summit County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **The Pad Silverthorne, LLC** | Case number *(if known)* | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Colorado Mechanical Systems, Inc. v. The Pad Silverthorne, LLC, Acierno and Company, LLC, Allman Dywall, Inc., Concrete Floor Systems, LLC, Himmelman Construction, Inc., My Power Solutions, LLC, Orr Concrete, Inc., Precision Construction West, Inc., Stan Miller, Inc., Steve R. Burr**<br>**2022CV030047** | Mechanic's Lien | **Summit County District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **BRMK Lending, LLC**<br>**c/o Peter Murphy, Esq.**<br>**Markus Williams Young & Hunsiker, LLC**<br>**1775 Sherman St., STE 1950**<br>**Denver, CO 80203** | **Debtor's Real Property and Hotel Operations** | **Unknown** |
| | Case title<br>**BRMK Lending, LLC v. The Pad Silverthorn** | Court name and address<br>**Summit County District Court** |
| | Case number<br>**2023CV30113** | **PO Box 269** |
| | Date of order or assignment<br>**September 14, 2023** | **501 North Park**<br>**Breckenridge, CO 80424** |

**Part 4:   Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Mountain Pride**<br>**110 E. Beaver Creek Blvd**<br>**Avon, CO 81620** | **Donation** | **7/3/23** | **$9,352.50** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **The Trevor Project**<br>**PO Box 69232**<br>**West Hollywood, CA 90069** | **Donation** | **7/3/23** | **$6,352.90** |
| | Recipients relationship to debtor<br>**None** | | | |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **The Pad Silverthorne, LLC**

Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

---

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

---

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

---

Debtor __The Pad Silverthorne, LLC_____  Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

   **Information regarding guest stays, drivers license, credit card information**
   _____
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.

☐  Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

Debtor   **The Pad Silverthorne, LLC**                     Case number *(if known)*

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **James Caswell**<br>**Caswell & Associates**<br>**PO Box 260699**<br>**Lakewood, CO 80226** | **2021-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

| Debtor | **The Pad Silverthorne, LLC** | Case number *(if known)* |
|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **James Caswell**<br>**Casswell & Associates**<br>**PO Box 260699**<br>**Lakewood, CO 80226** | |
| 26c.2. **Lynne & Robert Baer**<br>**491 Rainbow Drive**<br>**Silverthorne, CO 80498-7000** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lynne Baer** | **PO Box 402, PMB 608 Dillon, CO 80435** | **Manager** | |
| **Robert Baer** | **PO Box 402, PMB 608 Dillon, CO 80435** | **Manager** | |
| **James J. Alexander Trust** | **61 Silver Circle Breckenridge, CO 80424** | **Member** | **1.025% Equity Interest** |
| **Katherine Baer** | **204 Old Barn Lane Chapel Hill, NC 27517** | **Member** | **1.5% Equity Interest** |
| **Four Points Funding, LLC** | **PO Box 770740 Steamboat Springs, CO 80477** | **Member** | **0.2% Equity Interest** |
| **Steve Caragol** | **PO Box 772428 Steamboat Springs, CO 80477** | **Member** | **2% Equity Interest** |

Debtor    **The Pad Silverthorne, LLC**                                Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **The Bean Farm Pension Plan** | **786 Blue Ridge Road Silverthorne, CO 80498** | **Member** | **0.5% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Dan Duke** | **42 Guyot Lane Dillon, CO 80435** | **Member** | **0.5% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Diane Duke** | **42 Guyot Lane Dillon, CO 80435** | **Member** | **0.5% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Nellie Garrett** | **PO Box 2284 Silverthorne, CO 80498** | **Member** | **0.025% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Candy Elkind** | **PO Box 177 Frisco, CO 80443** | **Member** | **0.05% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **ESM Loft, LLC** | **575 Bannock St., STE B Boise, ID 83702** | **Member** | **3% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **David Engbrock** | **13735 Bayberry Dr. Broomfield, CO 80020** | **Member** | **6.5% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Brandon Geisler** | **13 Golden Eagle Ln Littleton, CO 80127** | **Member** | **0.6% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Paul Heesaker** | **355 Chipmunk Circle Silverthorne, CO 80498** | **Member** | **1.5% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Natalie Hogan** | **2007 Magowan Dr. Santa Rosa, CA 95405** | **Member** | **1% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Mark Hogan** | **2206 Hamilton Creek Rd. Silverthorne, CO 80498** | **Member** | **0.775% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Susanne Hogan** | **2206 Hamilton Creek Rd. Silverthorne, CO 80498** | **Member** | **0.775% Equity Interest** |

Debtor  **The Pad Silverthorne, LLC**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sara C. Hopkins Irrevocable Trust | PO Box 330 Silverthorne, CO 80498 | Member | 0.5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth Howk | 1447 Ardmore St. SE Grand Rapids, MI 49507 | Member | 0.5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Danielle Howk | 1447 Ardmore St., SE Grand Rapids, MI 49507 | Member | 0.5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Will Jennings | 105 E. 35th St., Apt. 1 New York, NY 10016 | Member | 0.5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JM Mountain Investments, LLC | PO Box 4953 Frisco, CO 80443 | Member | 1% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amy M. Kemp | PO Box 8493 Breckenridge, CO 80424 | Member | 0.3% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon R. Kirkpatrick | PO Box 1549 Silverthorne, CO 80498 | Member | 5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carol L. Laycob | 924 Anaconda Dr. Castle Rock, CO 80108 | Member | 1.5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jordan Laycob | 3 Crest Rd. Englewood, CO 80113 | Member | 0.78750% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kimberly Laycob | 3 Crest Rd. Englewood, CO 80113 | Member | 0.78750% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Likeman | 10708 Wildwood Dr. Richland, MI 49083 | Member | 0.275% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Madison Lukeman | 10708 Wildwood Dr. Richland, MI 49083 | Member | 0.275% Equity Interest |

Debtor   **The Pad Silverthorne, LLC**                                        Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Louis M. Luna** | **PO Box 501**<br>**Frisco, CO 80443** | **Member** | **0.05% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Munish Malhotra** | **38 Newport St.**<br>**Denver, CO 80230** | **Member** | **1.05% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Margolf** | **995 S. Garfield**<br>**Denver, CO 80209** | **Member** | **1% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Meade Development, LLC** | **3945 Jason St.**<br>**Denver, CO 80211** | **Member** | **1.5% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Merkle** | **PO Box 65**<br>**Silverthorne, CO 80498** | **Member** | **0.05% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Novotny** | **PO Box 367**<br>**Frisco, CO 80443** | **Member** | **1.05% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Paton** | **28 Red Fox Ln**<br>**Littleton, CO 80127** | **Member** | **2% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dave Pettigrew** | **32855 County Road 20**<br>**Steamboat Springs, CO 80487** | **Member** | **1.05% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hyun Pettigrew** | **19783 N. Los Altos Way**<br>**Surprise, AZ 85374** | **Memeber** | **1% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Juhree Wendl** | **PO Box 5472**<br>**Frisco, CO 80443** | **Member** | **2% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CTW Investments, LLC** | **2501 Alta Vista Drive**<br>**Newport Beach, CA 92660** | **Member** | **1.2% Equity Interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Manitou, LLC** | **336 17th Ave.**<br>**San Francisco, CA 94121** | **Member** | **1% Equity Interest** |

Debtor **The Pad Silverthorne, LLC**                     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Martha A. Zelski | PO Box 719<br>Keene Valley, NY 12943 | Member | 0.25% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tad Zelski | PO Box 719<br>Keene Valley, NY 12943 | Member | 0.25% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Schulman | 420 N. Market St.<br>Baltimore, MD 21201 | Member | 0.5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Schulman | 420 N. Market St.<br>Baltimore, MD 21201 | Member | 0.5% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Pad Hostels, LLC | PO Box 921<br>Silverthorne, CO 80498 | Member | 49.15% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Duke | PO Box 2284<br>Silverthorne, CO 80498 | Member | 0.025% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sam Schneider | 2017 Frampton Ave.<br>Charleston, SC 29412 | Member | 0.75% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Bowen | PO Box 2301<br>Silverthorne, CO 80498 | Member | 1.25% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Bostwick | PO Box 2017<br>Fairplay, CO 80440 | Member | 2% Equity Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacinta Mason | 444 Blue Sage Cir.<br>Steamboat Springs, CO 80487 | Member | 6% Equity Interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **The Pad Silverthorne, LLC**                                 Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lynne Baer**<br>**PO Box 402, PMB 608**<br>**Dillon, CO 80435** | **Salary of $35,000/year; Paid $25,576.85(gross) from January 1, 2023 through September 22, 2023** | **2022-2023** | **Salary** |
| | **Relationship to debtor**<br>**Manager** | | | |
| 30.2. | **Robert Baer**<br>**PO Box 402, PMB 608**<br>**Dillon, CO 80435** | **Salary of $65,000/year; Piad $48,638.93 (gross) from January 1, 2023 through September 22, 2023** | **2022-2023** | **Salary** |
| | **Relationship to debtor**<br>**Manager** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October  4, 2023**

**/s/ Robert Baer**                                              **Robert Baer**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Colorado

In re   **The Pad Silverthorne, LLC**                                    Case No. _____
                                                    Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Amy M. Kemp**<br>**PO Box 8493**<br>**Breckenridge, CO 80424** | | **0.3% Interest** | |
| **Brandon Geisler**<br>**13 Golden Eagle Ln**<br>**Littleton, CO 80127** | | **0.6% Interest** | |
| **Brian Bostwick**<br>**PO Box 2017**<br>**Fairplay, CO 80440** | | **2% Interest** | |
| **Candy Elkind**<br>**PO Box 177**<br>**Frisco, CO 80443** | | **0.05% Interest** | |
| **Carol L. Laycob**<br>**924 Anaconda Dr.**<br>**Castle Rock, CO 80108** | | **1.5% Interest** | |
| **CTW Investments, LLC**<br>**2501 Alta Vista Drive**<br>**Newport Beach, CA 92660** | | **1.2% Interest** | |
| **Dan Duke**<br>**42 Guyot Lane**<br>**Dillon, CO 80435** | | **0.5% Interest** | |
| **Danielle Howk**<br>**1447 Ardmore St., SE**<br>**Grand Rapids, MI 49507** | | **0.5% Interest** | |
| **Dave Pettigrew**<br>**32855 County Road 20**<br>**Steamboat Springs, CO 80487** | | **1.05% Interest** | |
| **David Engbrock**<br>**13735 Bayberry Dr.**<br>**Broomfield, CO 80020** | | **6.5% Interest** | |
| **David Schulman**<br>**420 N. Market St.**<br>**Baltimore, MD 21201** | | **0.5% Interest** | |

Sheet 1 of 5 in List of Equity Security Holders

In re:   **The Pad Silverthorne, LLC** _____   Case No. _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Diane Duke**<br>**42 Guyot Lane**<br>**Dillon, CO 80435** | | **0.5% Interest** | |
| **ESM Loft, LLC**<br>**575 Bannock St., STE B**<br>**Boise, ID 83702** | | **3% Interest** | |
| **Four Points Funding, LLC**<br>**PO Box 770740**<br>**Steamboat Springs, CO 80477** | | **0.2% Interest** | |
| **Hyun Pettigrew**<br>**19783 N. Los Altos Way**<br>**Surprise, AZ 85374** | | **1% Interest** | |
| **Jacinta Mason**<br>**444 Blue Sage Cir.**<br>**Steamboat Springs, CO 80487** | | **6% Interest** | |
| **James J. Alexander Trust**<br>**61 Silver Circle**<br>**Breckenridge, CO 80424** | | **1.025% Interest** | |
| **JM Mountain Investments, LLC**<br>**PO Box 4953**<br>**Frisco, CO 80443** | | **1% Interest** | |
| **Jon R. Kirkpatrick**<br>**PO Box 1549**<br>**Silverthorne, CO 80498** | | **5% Interest** | |
| **Jordan Laycob**<br>**3 Crest Rd.**<br>**Englewood, CO 80113** | | **0.78750% Interest** | |
| **Joseph Lukeman**<br>**10708 Wildwood Dr.**<br>**Richland, MI 49083** | | **0.275% Interest** | |
| **Juhree Wendl**<br>**PO Box 5472**<br>**Frisco, CO 80443** | | **2% Interest** | |
| **Katherine Baer**<br>**204 Old Barn Lane**<br>**Chapel Hill, NC 27517** | | **1.5% Interest** | |

List of equity security holders consists of 5 total page(s)

In re:   **The Pad Silverthorne, LLC** _____     Case No. _____
                                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kenneth Howk**<br>**1447 Ardmore St. SE**<br>**Grand Rapids, MI 49507** | | **0.5% Interest** | |
| **Kevin Bowen**<br>**PO Box 2301**<br>**Silverthorne, CO 80498** | | **1.25% Interest** | |
| **Kimberly Laycob**<br>**3 Crest Rd.**<br>**Englewood, CO 80113** | | **0.78750% Interest** | |
| **Louis M. Luna**<br>**PO Box 501**<br>**Frisco, CO 80443** | | **0.05% Interest** | |
| **Madison Lukeman**<br>**10708 Wildwood Dr.**<br>**Richland, MI 49083** | | **0.275% Interest** | |
| **Manitou, LLC**<br>**336 17th Ave.**<br>**San Francisco, CA 94121** | | **!% Interest** | |
| **Mark Hogan**<br>**2206 Hamilton Creek Rd.**<br>**Silverthorne, CO 80498** | | **0.775% Interest** | |
| **Mark Novotny**<br>**PO Box 367**<br>**Frisco, CO 80443** | | **1.05% Interest** | |
| **Mark Paton**<br>**28 Red Fox Ln**<br>**Littleton, CO 80127** | | **2% Interest** | |
| **Martha A. Zelski**<br>**PO Box 719**<br>**Keene Valley, NY 12943** | | **0.25% Interest** | |
| **Meade Development, LLC**<br>**3945 Jason St.**<br>**Denver, CO 80211** | | **1.5% Interest** | |
| **Michael Margolf**<br>**995 S. Garfield**<br>**Denver, CO 80209** | | **1% Interest** | |

List of equity security holders consists of 5 total page(s)

In re:  **The Pad Silverthorne, LLC** _____     Case No. _____
                                          Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Munish Malhotra**<br>**38 Newport St.**<br>**Denver, CO 80230** | | **1.05% Interest** | |
| **Natalie Hogan**<br>**2007 Magowan Dr.**<br>**Santa Rosa, CA 95405** | | **1% Interest** | |
| **Nellie Garrett**<br>**PO Box 2284**<br>**Silverthorne, CO 80498** | | **0.025% Interest** | |
| **Paul Heesaker**<br>**355 Chipmunk Circle**<br>**Silverthorne, CO 80498** | | **1.5% Interest** | |
| **Peter Duke**<br>**PO Box 2284**<br>**Silverthorne, CO 80498** | | **0.025% Interest** | |
| **Sam Schneider**<br>**2017 Frampton Ave.**<br>**Charleston, SC 29412** | | **0.75% Interest** | |
| **Sara C. Hopkins Irrevocable Trust**<br>**PO Box 330**<br>**Silverthorne, CO 80498** | | **0.5% Interest** | |
| **Scott Merkle**<br>**PO Box 65**<br>**Silverthorne, CO 80498** | | **0.05% Interest** | |
| **Steve Caragol**<br>**PO Box 772428**<br>**Steamboat Springs, CO 80477** | | **2% Interest** | |
| **Susan Schulman**<br>**420 N. Market St.**<br>**Baltimore, MD 21201** | | **0.5% Interest** | |
| **Susanne Hogan**<br>**2206 Hamilton Creek Rd.**<br>**Silverthorne, CO 80498** | | **0.775% Interest** | |
| **Tad Zelski**<br>**PO Box 719**<br>**Keene Valley, NY 12943** | | **0.25% Interest** | |

List of equity security holders consists of 5 total page(s)

In re:   **The Pad Silverthorne, LLC** _____     Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **The Bean Farm Pension Plan**<br>**786 Blue Ridge Road**<br>**Silverthorne, CO 80498** | | **0.5% Interest** | |
| **The Pad Hostels, LLC**<br>**PO Box 921**<br>**Silverthorne, CO 80498** | | **49.15% Interest** | |
| **Will Jennings**<br>**105 E. 35th St., Apt. 1**<br>**New York, NY 10016** | | **0.5% Interest** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **October  4, 2023** _____     Signature   **/s/ Robert Baer** _____
                                                                    **Robert Baer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)

# United States Bankruptcy Court
## District of Colorado

In re   **The Pad Silverthorne, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  4, 2023** _____

**/s/ Robert Baer** _____

**Robert Baer**/**Manager**
Signer/Title