Fill in this information to identify the case:

Debtor name: **The Pad Silverthorne, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Steve Caragol<br>PO Box 772428<br>Steamboat Springs, CO 80477 | | | | | | $475,000.00 |
| Tracy Naggy<br>PO Box 405<br>Silverthorne, CO 80498 | | | | | | $225,000.00 |
| Ashley Parrish<br>8910 N. May Ave.<br>Oklahoma City, OK 73120 | | | | | | $200,000.00 |
| Colorado Department of Revenue<br>1881 Pierce Street<br>Attn: Bankruptcy Dept., RM 104<br>Lakewood, CO 80215 | | Sales Taxes | | | | $99,485.00 |
| Miller & Law, P.C.<br>1900 West Littleton Blvd.<br>Littleton, CO 80120 | | Attorney Fees | | | | $58,088.67 |
| Kevin Bowen<br>358 Blue River Pkwy, Unit E-110<br>Silverthorne, CO 80498 | | Unpaid Severance Payments | | | | $46,000.00 |
| Stephanie Strauss<br>PO Box 251<br>Silverthorne, CO 80498 | | | | | | $20,000.00 |
| American Express<br>P.O. Box 640448<br>Dallas, TX 75265-0448 | | Business credit Card | | | | $17,703.00 |

Debtor **The Pad Silverthorne, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Schindler Elevator Corporation**  **6950 W JEFFERSON AVE STE 210 LAKEWOOD, CO 80235-2334** | | **Trade Debt** | | | | $4,774.19 |
| **Colorado Mechanical Systems, LLC**  **7094 S. Revere Pkwy, #100 Centennial, CO 80112** | | **Trade Debt** | | | | $4,183.00 |
| **Liberty Mutual**  **175 Berkeley Street Boston, MA 02116** | | **Insurance** | | | | $3,267.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2