UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
 ) Case No. 23-14516-JGR
THE PAD SILVERTHORNE, LLC )
 ) Chapter 11
 )
Debtor. )

## NOTICE OF MOTION TO APPROVE PAYMENT PROCEDURE FOR ATTORNEY FEES AND COSTS

### OBJECTION DEADLINE: OCTOBER 18, 2023

**YOU ARE HEREBY NOTIFIED** that the Debtor, The PAD Silverthorne, LLC ("Debtor") has filed a Motion to Approve Payment Procedure for Attorney Fees and Costs, and requests the following relief: The Debtor is requesting an order approving a payment procedure for its attorneys' fees and costs incurred in the above captioned bankruptcy case, including authority to be paid 80% of fees and 100% of costs monthly pursuant to Local Bankruptcy Rule 2016-2, all subject to the filing of interim and final fee applications. Payments will be made first from the pre-petition retainer paid to counsel, and then to

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: October 4, 2023                    Respectfully submitted,

                                          By: _/s/ Keri L. Riley_____
                                              Keri L. Riley, #47605
                                              **KUTNER BRINEN DICKEY RILEY, P.C.**
                                              1660 Lincoln Street, Suite 1720
                                              Denver, CO 80264
                                              Telephone: (303) 832-2400
                                              E-mail: klr@kutnerlaw.com

Case:23-14516-JGR Doc#:10 Filed:10/04/23 Entered:10/04/23 15:51:21 Page2 of 2