**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>THE PAD SILVERTHORNE, LLC,<br><br>Employer's Tax Identification<br>No. [if any]: 81-4258070<br><br>Debtor(s). | Bankruptcy Case No 23-14516-JGR<br><br>Chapter 11 |

**ORDER TO FILE STATUS REPORT**

THIS MATTER comes before the Court on the filing of the within Chapter 11 case on October 4, 2023. The Court, has conducted a preliminary review of the file and has determined that, in lieu of an initial status conference, the Debtor should file a written report advising the Court as to the status of this Chapter 11 case. Accordingly,

IT IS ORDERED that the Debtor shall, on or before **November 22, 2023**, file with this Court a brief report which includes the following:

1. The nature of the Debtor's financial condition and the circumstances which precipitated the filing of this bankruptcy proceeding;

2. The Debtor's insurance coverage, tax liability, and other matters pertinent to the Debtor's reorganization;

3. The Debtor's operating financial projections for the period preceding the filing of a plan, a budge for the professionals in the case and any particularities of the case which require resolution;

4. A proposed schedule for the filing of any required amended schedules, a disclosure statement, plan or reorganization, a bar date for filing proofs of claim and objections to claims and, if applicable, anticipated avoidance actions or other adversary proceedings which are critical to the reorganization.

IT IS FURTHER ORDERED that Rules 9014 and 9016, Federal Rules of Bankruptcy Procedure, are applicable to this case.

Dated this 11th day of October, 2023.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge