**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **THE PAD SILVERTHORNE LLC** | ) | Case No. 23-14516-JGR |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING**
**MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 1112(b) FOR FAILURE**
**TO FILE AND PAY POST-PETITION COLORADO TAXES AND FAILURE**
**TO FILE MONTHLY OPERATING REPORTS, AND INABILITY TO**
**EFFECTUATE A PLAN**

This matter is before the Court on the Colorado Department of Revenue's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) for Failure to File and Pay Post-Petition Colorado Taxes, Failure to File Monthly Operating Reports, and Inability to Effectuate a Plan. The Court, having reviewed the pleadings and being advised in the premises,

ORDERS that the Motion is granted, and the case is dismissed.

Date:                                                                                   By the Court

                                                                                              _____
                                                                                              Judge Joseph G. Rosania Jr.